IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA REYNOLDS,<br>7206 Kipling Parkway<br>District Heights, MD 20747<br><br>       Plaintiff,<br><br>    v.<br><br>HON. BRUCE R. JAMES<br>U.S. Government<br>Printing Office<br>In his official capacity<br>732 North Capitol Street, NW<br>Washington, D.C. 20401<br><br>       Defendant. | Civil Action No. 07-0028(CKK) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Diane M. Sullivan, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

Respectfully submitted,

___/s/_____
DIANE M. SULLIVAN, D.C. Bar #12765
Assistant United States Attorney
555 Fourth Street, N.W.
Room E4919
Washington, D.C.  20530
(202)514-7205