IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA REYNOLDS,<br>7206 Kipling Parkway<br>District Heights, MD 20747<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>HON. BRUCE R. JAMES<br>U.S. Government<br>Printing Office<br>In his official capacity<br>732 North Capitol Street, NW<br>Washington, D.C. 20401<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 07-0028(CKK)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

　　The Clerk of the Court will please enter the appearance of Marian L. Borum, Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case.

　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　___/s/_____
　　　　　　　　　　　　　　　MARIAN L. BORUM, D.C. Bar #435409
　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　United States Attorney's Office
　　　　　　　　　　　　　　　Judiciary Center Building
　　　　　　　　　　　　　　　555 4 Street, N.W. - Room E4810
　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　Phone:(202) 514-6531
　　　　　　　　　　　　　　　Fax:(202) 514-8780
　　　　　　　　　　　　　　　marian.l.borum@usdoj.gov