IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA REYNOLDS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 07-0028(CKK) |
| | ) |
| HON. WILLIAM TURRI, | ) |
| U.S. Government | ) |
| Printing Office, | ) |
| | ) |
| Defendant.[1] | ) |

## ANSWER

### First Defense

The complaint fails to state a claim upon which relief may be granted.

### Second Defense

The defendant, in response to the numbered paragraphs of the complaint, states as follows:

1. This paragraph contains plaintiff's characterization of this lawsuit to which no response is required. To the extent a response is deemed necessary, the defendant admits that this is a suit brought under Title VII.

2. This paragraph contains plaintiff's jurisdictional statement to which no response is required. To the extent a

---

[1] In accordance with Rule 25(d)(1) of the Federal Rules of Civil Procedure, William Turri, the Acting Public Printer, is substituted for Bruce R. James, who resigned effective January 3, 2007.

response is deemed necessary, the defendant admits that the Court has jurisdiction under Title VII.

3. The defendant admits that venue lies in the District of Columbia, but denies that any discriminatory acts occurred.

4. Admitted.

5. Admitted.

6. Admitted.

7. The defendant admits that plaintiff applied for and was found to meet the minimum qualifications for a Printing Services Specialist position.

8. Admitted.

9. Denied.

10. Admitted.

11. The defendant incorporates by reference herein his answers to Paragraphs 1-10 of the Complaint.

12. Denied.

13-18. Paragraphs 13-18 are plaintiff's demand for relief. The defendant denies that the plaintiff is entitled to the relief requested or to any relief whatsoever.

Respectfully submitted,

\_\_/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


\_\_/s/_____
RUDOLPH CONTRERAS, D.C. BAR # 434122
Assistant United States Attorney


\_\_/s/_____
DIANE M. SULLIVAN, D. C. BAR # 12765
MARIAN L. BORUM, D.C. Bar #435409
Assistant United States Attorney
United States Attorney's Office
Civil Division
Judiciary Center Building
555 4th Street, N.W.
Washington, D.C. 20530
Phone:(202) 514-6531


Of Counsel:
LATONYA D. HAYES
Assistant General Counsel
U.S. Government Printing Office

3