IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| BARBARA REYNOLDS, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-0028(CKK) |
| HON. WILLIAM TURRI,<br>U.S. Government<br>Printing Office, | ) |
| Defendant.[1] | ) |

**NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 40.5**

The defendant, in accordance with Local Rule 40.5(a)(3) and (b)(3), advises the Court that this case is related to three cases pending in this Court. They are as follows: <u>Michele Stevenson v. William Turri</u>, Civil Action No. 07-0027; <u>Tarsha Kelly-Jones v. William Turri</u>, Civil Action No. 07-0026; and <u>Shirley Wilson v. William Turri</u>, Civil Action No. 07-0025.

In August 2005, the defendant issued Vacancy Announcement No. 05-190 to fill five Printing Services Specialist positions. The plaintiff in this case, and the plaintiffs in the three related cases identified above, applied for and were determined to be minimally qualified for the positions(s). All four plaintiffs were not selected for the position(s). Therefore, all

---

[1] In accordance with Rule 25(d)(1) of the Federal Rules of Civil Procedure, William Turri, the Acting Public Printer, is substituted for Bruce R. James, who resigned effective January 3, 2007.

four cases involve common issues of fact and grow out of the same event or transaction.  LCvR 40.5 (a)(3)(i)(iii).

The defendant anticipates filing a motion to consolidate the cases for the purposes of discovery after consultation with plaintiffs' counsel.

                          Respectfully submitted,

                          __/s/_____
                          JEFFREY A. TAYLOR, D.C. BAR # 498610
                          United States Attorney

                          __/s/_____
                          RUDOLPH CONTRERAS, D.C. BAR # 434122
                          Assistant United States Attorney

                          __/s/_____
                          DIANE M. SULLIVAN, D. C. BAR # 12765
                          MARIAN L. BORUM, D.C. Bar #435409
                          Assistant United States Attorney
                          United States Attorney's Office
                          Civil Division
                          Judiciary Center Building
                          555 4th Street, N.W.
                          Washington, D.C. 20530
                          Phone:(202) 514-6531

Of Counsel:
LATONYA D. HAYES
Assistant General Counsel
U.S. Government Printing Office