# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **BARBARA REYNOLDS,**                )<br>                                                              )<br>            **Plaintiff,**                            )<br>                                                              )<br>            v.                                            )<br>                                                              )<br> **HON. WILLIAM TURRI,**             )<br> **U.S. Government Printing Office,**  )<br>                                                              )<br>            **Defendant.**                         )<br>                                                              ) | Civil Action No. 07-28 (RCL) |

## ORDER

Defendant William Turri[1] has filed an answer.  Therefore, a Local Rule 16.3 Conference shall be held within fifteen (15) days of this date between plaintiff and defendant.  Within ten (10) days thereafter, a report shall be filed with the Court, along with a proposed scheduling order.  In addition, the parties shall address in their report to the Court the issue of whether this case shall be consolidated with the other related cases (07-25, 07-26, 07-27) for pretrial discovery proceedings and/or trial.

The report and proposed scheduling order shall be submitted in Word Perfect (preferred) or Microsoft Word format by email to RCL_ECF@dcd.uscourts.gov.

SO ORDERED.

Signed by Royce C. Lamberth, United States District Judge, July 20, 2007.

---

[1] Pursuant to Rule 25(d)(1) of the Federal Rules of Civil Procedure, William Turri, Acting Public Printer, is substituted for Bruce R. James–the original defendant in this action–who resigned, effective January 3, 2007.